```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
              IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )    1:05-CR-00401 LJO
11                               )
              Plaintiff,         )    MOTION AND ORDER FOR
12                               )    DISMISSAL OF INDICTMENT
         v.                      )
13                               )
    NASHIMA JOHNSON,             )
14                               )
              Defendants.        )
15                               )
                                 )
16
17       The United States Attorney's Office, pursuant to Rule 48(a) of
18  the Federal Rules of Criminal Procedure, hereby moves to dismiss the
19  Indictment, in the interest of justice and for the sole purpose of
20  closing the case administratively for the Clerk's office.  This
21  motion and order will no way affect the defendant's felony
22  conviction and sentence in United States v. Nashima Johnson,1:05-CR-
23  00391 OWW.
24                                    Respectfully submitted,
25                                    LAWRENCE G. BROWN
                                      Acting United States Attorney
26
27  DATED: 3/16/09             By    /S/ Stanley A. Boone
                                     STANLEY A. BOONE
28                                   Assistant U.S. Attorney
```

1

| | |
|---|---|
| 1 | ORDER |

IT IS HEREBY ORDERED that the indictment be dismissed without prejudice in the interest of justice and for the sole purposes of administratively closing this case number. This order shall not affect in any way the defendant's conviction and sentence in <u>United States v. Nashima Johnson</u>, 1:05-CR-00391 OWW.

IT IS SO ORDERED.

Dated:   **March 20, 2009**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE